**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BETHLEHEM CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.<br><br>Defendant. | CASE NO. 1:17-cv-09110<br><br>Honorable Amy J. St Eve<br><br>Mag. Judge Sheila M. Finnegan |

**AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE
WITH LEAVE TO REINSTATE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Bethlehem Campbell, and Defendant, Diversified Consultants, Inc., through their respective counsel, that the above-captioned action is dismissed, without prejudice against the Defendant with leave to reinstate the case on or before April 30, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After April 30, 2018 the dismissal will be converted to a dismissal with prejudice and each party shall bear its own costs and attorney fees.

Dated: March 23, 2018                                       Respectfully Submitted,

*/s/ Daniel W. Pisani*                                          /s/ *Geoff B. McCarrell*
Daniel W. Pisani                                                  Geoff B. McCarrell #0086427
Counsel for Defendant                                        Counsel for Plaintiff
Sessions Fishman Nathan & Israel, LLC            Consumer Law Partners, LLC
120 S. LaSalle Street, Suite 1960                      435 N. Michigan Avenue, Suite 1609
Chicago, IL 60603                                               Chicago, IL 60611
Phone: (312) 578-0990                                       Phone: (267) 422-1000
Email: dpisani@sessions.legal                           Email: geoff.m@consumerlawpartners.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Agreed Stipulation of Dismissal without Prejudice with Leave to Reinstate* is being filed electronically with the United States District Court for the Northern District of Illinois, on this 23rd day of March, 2018. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

                                                      */s/ Geoff B. McCarrell*
                                                      Geoff B. McCarrell #0086427
                                                      CONSUMER LAW PARTNERS, LLC